UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

TORRI MCCRAY,

      Petitioner,

v.

FEDERAL BUREAU OF PRISONS,

      Respondent.[1]

_____

ORDER
6:25-CV-06320 EAW

*Pro se* petitioner Torri McCray ("Petitioner") is currently confined at the Buffalo Halfway House. Petitioner claims that he is being denied eligibility for "First Step Act. Time Credits" by the Federal Bureau of Prisons and seeks relief under 28 U.S.C. § 2241. (Dkt. 1 at 2). Petitioner has paid the $5.00 filing fee.

## **ORDER**

IT IS HEREBY ORDERED that within **45 days** of the date of this Order, Respondent shall file and serve an **answer** responding to the allegations in the petition; and it is further

ORDERED that within **45 days** of the date of this Order, Respondent shall file and serve, in addition to the answer, a **memorandum of law** addressing each of the issues raised in the petition; and it is further

---

[1]     The Clerk of Court is directed to amend the caption as set forth above.

ORDERED that within **45 days** of the date of this Order, instead of an answer, Respondent may file a **motion to dismiss** the petition, accompanied by appropriate exhibits demonstrating that an answer to the petition is unnecessary; and it is further

ORDERED that Petitioner shall have **25 days** after service of the answer or motion to dismiss to file a **written response**; and it is further

ORDERED that the Clerk of Court shall serve a copy of the petition, together with a copy of this Order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at [USANYW-Immigration-Habeas@usdoj.gov](mailto:USANYW-Immigration-Habeas@usdoj.gov).

**PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR RESPONDENT.**

SO ORDERED.

Dated:   June 30, 2025
         Rochester, New York

ELIZABETH A. WOLFORD
Chief Judge
United States District Court