Revised 05/01 WDNY
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

Torri McCray 27635-055
(Full name under which you were convicted)

　　　　　　Petitioner,
　　v.　　　　　　　　　　　　　　　　Civil No.: 25 CV 6320-W

Federal Bureau of Prisons,
(Name of warden, superintendent, jailor or
authorized person having custody of petitioner)

　　　　　　Respondent.

### PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 BY A PERSON IN CUSTODY

Petitioner's Name (and Prisoner Number, if applicable): Torri McCray

Petitioner's Place of Confinement: #117 Glenwood Ave Buffalo N.Y 14209

1. Provide the following information regarding the determination which you are challenging in this petition. (If you wish to challenge more than one determination, you should file a separate petition for each determination.)

   * Type of determination: _____

   * Who made the determination: Bureau of Prisons, central office

   * Where was the determination made: Washington DC

   * When was the determination made: approximately Feb 2025

   * Did you appeal the determination?: Yes ___  No X

   * If you **did** appeal:
     * To whom did you appeal: _____
     * When was the appeal decided: _____
     * What was the result of the appeal: _____

   * If you **did not** appeal, state why you did not: they next step was court

2. State **concisely** every ground on which you claim that you are being held unlawfully. Summarize **briefly** the **facts** supporting each ground:

(a) Ground one: BOP Wrongly denied First Step Act Time Credits

Supporting facts (tell your story briefly without citing cases or law): I was convicted under 21 U.S.C. § 841(b)(1)(B) for possession with intent to distribute butyrl fentanyl, The BOP determined I was ineligible for First Step Act Time credits claiming my offense involved serious bodily injury or death however the judgement conviction contains no such finding I completed evidence based recidivism programs and other inmates with same offense, like Brenner Bryant, have received credits the denial violates my due process Rights

(b) Ground two: BOP Decision is Arbitrary and Contradicts Published Policy

Supporting facts (tell your story briefly without citing cases or law): The BOP ineligibility list under program statement 5410.01 does not include my conviction the BOP decision contradicts its own guidlines it is arbitrary and violates my rights to equal protection, especially when similarly situated inmates have received credits.

(c) Ground three: _____

Supporting facts (tell your story briefly without citing cases or law): _____

(d) Ground four: _____

Supporting facts (tell your story briefly without citing cases or law): _____

3. Have you filed any other habeas corpus applications with respect to this incarceration?
YES _____ NO ✗

If the answer is YES, please answer the following questions:

Approximate date of filing: _____

Court where petition filed: _____

Docket number of proceeding:_____

Name of judge assigned to proceeding:_____

Disposition:_____

**WHEREFORE**, the petitioner prays that the Court grant petitioner the relief to which he or she may be entitled in this proceeding. (You may also list any specific relief you wish to obtain.)
I respectfully request the Court declare me eligible for First Step Act Time Credits, direct the BOP to recalculate and apply these credits, and grant any other relief the Court deem proper.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: 6/12/2025        Torri McCray
              (DATE)              (SIGNATURE OF PETITIONER)

_____
(SIGNATURE OF ATTORNEY (IF ANY))



Torri McCray Reg# 27655-055
117 Glenwood Ave
Buffalo, NY 14209

U.S. Courthouse
2 Niagara Square
Buffalo, NY 14202

ROCHESTER NY
14 JUN 2025 PM

USDC - WDNY
JUN 16 2025
BUFFALO